

NUMBER 13-10-00333-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**MATTHEW RIOS,**                                                                    **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                              **Appellee**.

---

### On appeal from the 24th District Court
### of De Witt County, Texas.

---

## MEMORANDUM OPINION

### Before Justices Yañez, Garza, and Benavides
### Memorandum Opinion Per Curiam

Appellant, Matthew Rios, attempts to appeal his conviction for manslaughter. The trial court has certified that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2).

On June 18, 2010, this Court notified appellant's counsel of the trial court's certification and ordered counsel to: (1) review the record; (2) determine whether appellant has a right to appeal; and (3) forward to this Court, by letter, counsel's findings as to whether appellant has a right to appeal, or, alternatively, advise this Court as to the existence of any amended certification.

Upon suggestion of death of appellant's attorney, Lawrence D. Elliott, the Court abated the appeal and remanded the cause to the trial court for further proceedings. The trial court conducted a hearing on August 19, 2010 and made a finding that the appellant made a knowing waiver of his right to appeal and has no right of appeal.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. TEX. R. APP. P. 25.2(d); *see* TEX. R. APP. P. 37.1, 44.3, 44.4. Accordingly, this appeal is DISMISSED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
21st day of October, 2010.